| | |
|---|---|
| FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP<br>Robert F. Kramer (SBN 181706)<br>rkramer@feinday.com<br>M. Elizabeth Day (SBN 177125)<br>eday@feinday.com<br>David Alberti (SBN 220625)<br>dalberti@feinday.com<br>Russell S. Tonkovich (SBN 233280)<br>rtonkovich@feinday.com<br>Marc C. Belloli (SBN 244290)<br>mbelloli@feinday.com<br>Nicholas V. Martini (SBN 237687)<br>nmartini@feinday.com<br>Kate E. Hart (SBN 275121)<br>khart@feinday.com<br>Aidan M. Brewster (SBN 319691)<br>abrewster@feinday.com<br>1600 El Camino Real, Suite 280<br>Menlo Park, California 94025<br>Telephone: (650) 618-4360<br>Facsimile: (650) 618-4368<br><br>*Attorneys for Plaintiff*<br>*Polaris PowerLED Technologies, LLC* | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Zachariah Summers (SBN 255284)<br>zachsummers@quinnemanuel.com<br>Miles D. Freeman (SBN 299302)<br>milesfreeman@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Raymond N. Nimrod<br>(admitted *pro hac vice*)<br>raynimrod@quinnemanuel.com<br>Richard W. Erwine<br>(admitted *pro hac vice*)<br>richarderwine@quinnemanuel.com<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant*<br>*VIZIO, INC.* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>VIZIO, INC.,<br><br>　　　Defendant. | Case No. 8:18-cv-01571-JVS (DFMx)<br><br>**NOTICE OF VIZIO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: Oct. 22, 2019 at 10:00 AM<br>Courtroom: 6B<br>Judge: Hon. Douglas F. McCormick<br><br>Discovery Cut-Off Date: Jan. 13, 2020<br>Pretrial Conference Date: Aug. 31, 2020<br>Trial Date: Sept. 15, 2020 |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Defendant VIZIO, Inc. ("VIZIO") will and hereby does move for an order compelling Plaintiff Polaris PowerLED Technologies, LLC's ("Polaris" or "Plaintiff") to produce (1) all expert reports regarding the invalidity/validity of the '117 patent and damages; (2) deposition testimony from the experts regarding the same topics and from any third-party witnesses; (3) discovery responses exchanged by the parties; and (4) any briefing or demonstratives prepared by the parties that are not publicly available or were filed under seal because they contain Polaris's confidential information.

This Motion is made following the telephonic conference of counsel on August 8, 2019 pursuant to Local Rule 37-1.

This motion is based on this Notice of Motion, the Joint Stipulation attached hereto, the accompanying declarations and exhibits filed concurrently herewith, all materials incorporated or relied upon in it, matters of which this Court may take judicial notice, and any and all other materials the Court deems proper.

DATED: September 26, 2019

By */s/ Richard W. Erwine*
/s/ Richard W. Erwine

Attorney for Defendant VIZIO, Inc.