| | |
|---|---|
| FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP<br>Robert F. Kramer (SBN 181706)<br>rkramer@feinday.com<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Telephone: (650) 618-4360<br>Facsimile: (650) 618-4368<br><br>*Attorneys for Plaintiff*<br>Polaris PowerLED Technologies, LLC<br><br>MARK A. SAMUELS (S.B. #107026)<br>msamuels@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>18th Floor<br>Los Angeles, California 90071-2899<br>Telephone: +1 213 430 6000<br>Facsimile: +1 213 430 6407<br><br>*Attorneys for Non-Party*<br>Top Victory Investments Ltd.<br><br>[Complete Counsel for Both Parties Listed Following Signature Page] | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Zachariah Summers (SBN 255284)<br>zachsummers@quinnemanuel.com<br>Miles D. Freeman (SBN 299302)<br>milesfreeman@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant*<br>VIZIO, Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>VIZIO, INC.,<br><br>        Defendant. | Case No. 8:18-CV-01571-JVS (DFMx)<br><br>**STIPULATED SUPPLEMENTAL PROTECTIVE ORDER FOR TPV CONFIDENTIAL INFORMATION** |

WHEREAS, prior to the disclosure in this matter of its confidential information, non-party Top Victory Investments, Ltd. ("TPV") seeks protections in addition to those set forth in the Stipulated Protective Order previously stipulated to by the Parties and entered by the Court. [Dkt. No. 56 (the "Protective Order")]

THEREFORE, it is hereby stipulated among the Parties and ORDERED pursuant to Fed. R. Civ. P. 26(c) that:

**A.  Scope**

1. Pursuant to Paragraph 11(a) of the Stipulated Protective Order, this Supplemental Protective Order sets forth additional restrictions governing the disclosure of Protected Material that constitutes or includes confidential or proprietary information or trade secrets of TPV or in TPV's possession ("TPV Protected Material").

2. Except as supplemented or amended herein, the provisions of the Protective Order will apply to TPV Protected Material. In the event of a conflict between the Protective Order and this Supplemental Protective Order, the terms of this Supplemental Protective Order will govern.

3. Except as expressly stated otherwise, all terms used in this Supplemental Protective Order have the same meaning as used in the Protective Order.

**B.  Designation of TPV Protected Material**

4. In supplementation to Paragraph 5 of the Protective Order:

(a) A Producing Party must designate TPV Protected Material as "TPV HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY," or "TPV HIGHLY CONFIDENTIAL - SOURCE CODE." The respective protections provided in the Protective Order for materials designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE" shall apply, as amended by this Supplemental Protective Order to TPV Protected Material.

(b)     Any portion of a transcript relating to TPV Protected Material shall be deemed "TPV HIGHLY CONFIDENTIAL - SOURCE CODE." If a Party desires to modify that classification, it must provide a copy of the relevant portion of the transcript to TPV. Paragraph 6.2 of the Protective Order will govern any such requests.

C.  **Inspection of TPV Source Code**

5.  In supplementation to Paragraph 9(c) of the Protective Order:

TPV agrees that TPV Source Code will be made available for inspection at the Los Angeles office of O'Melveny & Myers. Polaris requests that the TPV Source Code be made available at the San Francisco office of O'Melveny & Myers, and there is a disagreement about this, as TPV refuses to do so. Polaris reserves the right to raise this issue as to location with the Court for resolution. The TPV Source Code shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers, and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the TPV Source Code onto any recordable media or recordable device. TPV may visually monitor the activities of the Receiving Party's representatives during any source code review, but only to ensure that there is no unauthorized recording, copying, or transmission of the TPV Source Code, and this will be arranged in a manner that counsel and their expert witness may confer confidentially and without being overheard by TPV counsel or representatives.

D.  **Additional Restrictions Concerning the Handling of TPV Source Code**

6.  Where TPV is not the Producing Party, any request by a Receiving Party for printouts of TPV Source Code pursuant to Paragraph 9(d) of the Protective Order, must be immediately on the same day the request is made, forwarded by email to counsel for TPV. On receipt of such request, TPV shall then have the rights of a "Producing Party" under that paragraph to object to the request.

7. The printed copy sets of TPV Source Code must be kept at all times in the offices of Outside Counsel of the Receiving Party and one printed copy set may be kept at the offices of the Receiving Party's outside consultants or experts. On request by a Receiving Party, TPV will work with the Receiving Party to identify one or more offices of Outside Counsel of the Receiving Party that could host printed copy sets.

8. Items designated as "TPV HIGHLY CONFIDENTIAL - SOURCE CODE" may be transported only by hand by a person authorized to have access under Paragraph 7.3 of the Protective Order or may be shipped by courier, such as Federal Express or UPS, provided that it is shipped with a secure tracking number. If an authorized person is taking that material on a flight, it must be carried on the plane and may not be checked.

**E.    Other Provisions**

9. A Receiving Party that wants to file or otherwise submit TPV Designated Material must file the materials under seal and must immediately notify TPV.

**IT IS SO STIPULATED**, through Counsel of Record.


**IT IS ORDERED** that the forgoing Agreement is approved.

Dated: November 20, 2019

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

- 4 -

SUPPL. PROTECTIVE ORDER FOR
TPV CONFIDENTIAL INFO.
CASE NO. 8:18-CV-01571-JVS-DFM

Dated: November 15, 2019　　　　FEINBERG DAY KRAMER ALBERTI
　　　　　　　　　　　　　　　　LIM TONKOVICH & BELLOLI LLP

　　　　　　　　　　　　　　　　By: */s/ Robert F. Kramer*

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　Polaris PowerLED Technologies, LLC

Dated: November 15, 2019　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　SULLIVAN LLP

　　　　　　　　　　　　　　　　By: */s/ Miles D. Freeman*

　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　VIZIO, INC.

Dated: November 15, 2019　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　BY: */s/ Brian M. Berliner*
　　　　　　　　　　　　　　　　　　　Brian M. Berliner

　　　　　　　　　　　　　　　　Counsel for Non-Party Top Victory
　　　　　　　　　　　　　　　　Investments Ltd.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Additional Counsel for Plaintiff:

FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP

Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Russell S. Tonkovich (SBN 233280)

- 5 -　　　SUPPL. PROTECTIVE ORDER FOR
　　　　　　TPV CONFIDENTIAL INFO.
　　　　　CASE NO. 8:18-CV-01571-JVS-DFM

rtonkovich@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas V. Martini (SBN 237687)
nmartini@feinday.com
Kate E. Hart (SBN 275121)
khart@feinday.com
Aidan Brewster (SBN 319691)
abrewster@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618-4360
Facsimile: (650) 618-4368

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

Additional Counsel for Defendant:

QUINN EMANUEL URQUHART &
SULLIVAN LLP

Raymond N. Nimrod (pro hac vice)
raynimrod@quinnemanuel.com
Richard W. Erwine (pro hac vice)
richarderwine@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
Miles D. Freeman (SBN 299302)
milesfreeman@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant*
VIZIO, Inc.

Additional Counsel for Non-Party Top Victory Investments Ltd.:

O'MELVENY & MYERS LLP
MARK A. SAMUELS (S.B. #107026)
msamuels@omm.com
BRIAN M. BERLINER (S.B. #156732)
bberliner@omm.com
ANTHONY G. BEASLEY (S.B. #307511)
tbeasley@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California  90071-2899
Telephone:   +1 213 430 6000
Facsimile:    +1 213 430 6407

*Attorneys for Non-Party*
Top Victory Investments Ltd.

# Exhibit A

## CERTIFICATION OF OUTSIDE CONSULTANT REGARDING PROTECTIVE ORDER

I, _____, state:

1. I have read the Supplemental Protective Order for TPV Confidential Information and understand and will abide by its terms.

2. I state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____, 20\_\_.     _____
                                              Signature