| | |
|---|---|
| FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP<br>Robert F. Kramer (SBN 181706)<br>rkramer@feinday.com<br>M. Elizabeth Day (SBN 177125)<br>eday@feinday.com<br>577 Airport Boulevard, Suite 250<br>Burlingame, CA 94010<br>Telephone: (650) 825-4300<br>Facsimile: (650) 460-8443<br><br>*Attorneys for Plaintiff*<br>Polaris PowerLED Technologies, LLC<br><br>[Complete Counsel for Both Parties Listed Following Signature Page] | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Zachariah Summers (SBN 255284)<br>zachsummers@quinnemanuel.com<br>Miles D. Freeman (SBN 299302)<br>milesfreeman@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant*<br>VIZIO, Inc. |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | Case No. 8:18-cv-01571-JVS (DFMx)<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO EXTEND EXPERT DEADLINES AND REGULAR MOTION DEADLINES** |

WHEREAS, on February 3, 2019, the Court issued the Order for Jury Trial requiring that discovery be completed by no later than January 13, 2020;

WHEREAS, on January 8, 2020, the Court granted the Parties' Joint Stipulation for Extension of Time, ordering that fact discovery close on January 24, 2020, that initial expert reports be served on February 18, 2020, rebuttal reports be served on March 19, 2020 and expert discovery be completed by no later than April 8, 2020 (Dkt. No. 285);

WHEREAS, the dispositive motion cut off is May 18, 2020 and trial is scheduled for September 15, 2020.

WHEREAS, the Parties believe that an extension of the expert discovery deadlines is necessary for the Parties' experts to consider and opine on recent discovery given the extension of the fact discovery deadline and given outstanding discovery that is the subject of motion practice;

WHEREAS, the Parties believe that in light of an extension of the expert discovery deadlines it is necessary for a short extension of dates concerning regular motions such that these deadlines allow for a brief period following the close of expert discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and the Parties respectfully request that the following modifications to the schedule be made:

1. The Parties will serve opening expert reports on issues for which they bear the burden on March 6, 2020, instead of February 18, 2020;

2. The Parties will serve rebuttal experts reports on April 3, 2020, instead of March 19, 2020;

3. The Parties will complete expert depositions by no later than April 14, 2020, instead of April 8, 2020;

4. The last day to hand serve regular motions will be April 20, 2020,

instead of April 13, 2020; and

     5.   The last day to hear regular motions will be June 1, 2020, instead of May 18, 2020.

     6.   No other deadlines in this action will be altered by this stipulation.

Dated: February 5, 2020

FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP

By: */s/ Marc Belloli*

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

Dated: February 5, 2020

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Zachariah Summers*

*Attorneys for Defendant*
VIZIO, INC.

**Additional Counsel:**

FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP

Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas V. Martini (SBN 237687)
nmartini@feinday.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
Miles D. Freeman (SBN 299302)
milesfreeman@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (pro hac vice)
raynimrod@quinnemanuel.com
Richard W. Erwine (pro hac vice)
richarderwine@quinnemanuel.com

| | |
|---|---|
| Kate E. Hart (SBN 275121) | 51 Madison Ave., 22nd Floor |
| khart@feinday.com | New York, NY 10010 |
| Aidan Brewster (SBN 319691) | Telephone: (212) 849-7000 |
| abrewster@feinday.com | Facsimile: (212) 849-7100 |
| 577 Airport Blvd., Suite 250 | *Attorneys for Defendant* |
| Burlingame, CA 94010 | VIZIO, Inc. |
| Telephone: (650) 825-4300 | |
| Facsimile: (650) 460-8443 | |

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

## ATTORNEY ATTESTATION

I, Robert Kramer, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 5, 2020          By: */s/ Marc Belloli*

FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, CA 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC