QUINN EMANUEL URQUHART & SULLIVAN LLP
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (admitted *pro hac vice*)
raynimrod@quinnemanuel.com
Richard W. Erwine (admitted *pro hac vice*)
richarderwine@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

***Attorneys for Defendant VIZIO, INC.***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.<br><br>Defendant. | Case No. 8:18-cv-01571-JVS-DFM<br><br>**VIZIO, INC.'S NOTICE OF LODGING OF ORDER ENTERING PROPOSED FINAL JUDGMENT**<br><br>Honorable James V. Selna |

1. Pursuant to Dkt. 467, Defendant VIZIO, Inc. hereby lodges a proposed final judgment in the above-captioned matter.

DATED: August 19, 2020         Respectfully submitted,

By */s/ Zachariah Summers*
Zachariah Summers

Attorneys for Defendants
VIZIO, Inc.