UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | Case No. 8:18-cv-01571-JVS (DFMx)<br><br>**ORDER ENTERING FINAL JUDGMENT** |

1. Pursuant to Dkt. 467, judgment of non-infringement with respect to the U.S. Patent No. 7,239,087 (the "'087 patent") is entered with prejudice against Plaintiff Polaris PowerLED Technologies, Inc. and in favor of Defendant VIZIO, Inc. on Plaintiff's claims for infringement of the '087 patent.

2. Pursuant to Dkt. 413, judgment of non-infringement with respect to the U.S. Patent No. 8,223,117 (the "'117 patent") is entered with prejudice against Plaintiff Polaris PowerLED Technologies, Inc. and in favor of Defendant VIZIO, Inc. on Plaintiff's claims for infringement of the '117 patent.

3. All claims of the parties in this Action have been adjudicated or dismissed, and any remaining disputes have been found moot pursuant to Dkts. 413 and 467.

4. VIZIO is the prevailing party.

5. This order is without prejudice to VIZIO's right to seek attorneys' fees pursuant to, *inter alia*, 35 U.S.C. § 285.

6. This order is without prejudice to VIZIO's right to seek costs pursuant to, *inter alia*, Federal Rule of Civil Procedure 54(d).

The Clerk is directed to enter this Judgment.

**IT IS SO ORDERED.**

Dated: August 24, 2020

_____
Hon. Judge James V. Selna
U.S. District Court Judge