# United States Court of Appeals for the Federal Circuit

RECEIVED
CLERK, U.S. DISTRICT COURT
10/7/21
CENTRAL DISTRICT OF CALIFORNIA
BY: MAT DEPUTY

---

**POLARIS POWERLED TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**VIZIO, INC.,**
*Defendant-Appellee*

---

2020-2328

---

Appeal from the United States District Court for the Central District of California in No. 8:18-cv-01571-JVS-DFM, Judge James V. Selna.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 31, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 7, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court