| | |
|---|---|
| FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP<br>Robert F. Kramer (SBN 181706)<br>rkramer@feinday.com<br>M. Elizabeth Day (SBN 177125)<br>eday@feinday.com<br>Russell S. Tonkovich (SBN 233280)<br>rtonkovich@feinday.com<br>577 Airport Boulevard, Suite 250<br>Burlingame, CA 94010<br>Telephone: (650) 825-4300<br>Facsimile: (650) 460-8443 | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Zachariah Summers (SBN 255284)<br>zachsummers@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant*<br>VIZIO, Inc. |

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

[Complete Counsel for Both Parties
Listed Following Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIZIO, INC.,<br><br>Defendant. | Case No. 8:18-cv-01571-JVS (DFMx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISBURSEMENT OF COSTS AWARD** |

1      WHEREAS, on September 9, 2020 Dkt. 476, the Court ordered that Costs pursuant to Federal Rule of Civil Procedure 54(d) are taxed in favor of VIZIO, Inc. ("VIZIO") in the amount of $30,491.96;

    WHEREAS, on September 21, 2020, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris") filed a Notice of Appeal (Dkt. 477);

    WHEREAS, the Parties, having met and conferred regarding the appellate deposit in the amount of $30,491.96 and having calculated interest for two years referring to 28 U.S.C. 1961 for the rate of post-judgment interest to be $79.12, agreed to round off the interest payment to $108.04 to cover interest on any reasonably possible delay for a total deposit of $30,600.00;

    WHEREAS, the Parties agreed to and jointly requested a Court Registry Deposit in the amount of $30,600.00 pursuant to Federal Rules of Appellate Procedure Rule 7;

    WHEREAS, on October 27, 2020, the Court ordered that Polaris deposit the awarded costs plus interest agreed upon by the Parties in the total amount of $30,600.00 into the Court Registry;

    WHEREAS, on November 2, 2020, the Court Registry received the deposit in the amount of $30,600.00 from counsel for Polaris (Dkt. 488);

    WHEREAS, on August 31, 2021, the Court of Appeals for the Federal Circuit entered a Judgment affirming this Court's decision (Dkt. 492);

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record that, with the Court's Approval and Order regarding same, the awarded costs plus interest in the amount of $30,600.00 (including any accrued interest thereof) shall be disbursed from the Court Registry to VIZIO at the address below:

> Legal Department
> VIZIO, Inc.
> 39 Tesla
> Irvine, CA 92618

Dated:  December 8, 2021

FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP

By: */s/ Robert F. Kramer*

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

Dated: December 8, 2021

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Zachariah Summers*

*Attorneys for Defendant*
VIZIO, INC.

**Additional Counsel:**

FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP

Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
Nicholas V. Martini (SBN 237687)
nmartini@feinday.com
Aidan Brewster (SBN 319691)
abrewster@feinday.com
577 Airport Blvd., Suite 250
Burlingame, CA 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

QUINN EMANUEL URQUHART & SULLIVAN LLP
Zachariah Summers (SBN 255284)
zachsummers@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (pro hac vice)
raynimrod@quinnemanuel.com
Richard W. Erwine (pro hac vice)
richarderwine@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant*
VIZIO, Inc.

3

## **SIGNATURE ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

*/s/ John Yin*