UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>    Defendant. | Case No. 8:18-cv-01571-JVS (DFMx)<br><br>**ORDER TO DISBURSE COSTS AWARD** |

1   Having reviewed the Parties' Joint Stipulation and [Proposed] Order re
2   Disbursement of Costs Award, and finding good cause therefor, the Court hereby
3   **GRANTS** the Stipulation and **ORDERS** as follows:
4       The Clerk of Court shall disburse the awarded costs plus interest in the
5   amount of $30,600.00 (including any accrued interest thereof) from the Court
6   Registry to VIZIO, Inc. at the address below:

8   Legal Department
    VIZIO, Inc.
9   39 Tesla
    Irvine, CA 92618

12  **IT IS SO ORDERED.**

14  Dated: December 09, 2021

    _____
16  Hon. Judge James V. Selna
17  U.S. District Court Judge

19  **Cc: FISCAL DEPARTMENT**